# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. MELTON,<br><br>        Plaintiff,<br>vs.<br><br>COUNTY OF RIVERSIDE, et al,<br><br>        Defendants. | Case No. EDCV 16-01608-DSF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: December 27, 2016

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE