JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. MELTON,<br><br>　　　　　Plaintiff,<br>　　　vs.<br><br>COUNTY OF RIVERSIDE, et al,<br><br>　　　　　Defendants. | Case No. EDCV 16-01608-DSF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: December 27, 2016

　　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE